## Anna M. Snowell, Appellant, v. Adella E. Knight, Appellee.

**Gen. No. 43,809.**

opinion filed November 18, 1946; released for publication December 4, 1946. Robert J. Hill, for appellant; Benjamin F. Langworthy and Bernard Yedor, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.